## No. 6384.

### The Citizens' Bank of Louisiana vs. F. Huppenbauer.

Where an exception to form, and the unconstitutionality of a law relied upon by plaintiff, are pleaded in the lower court, by which it is overruled, and the defendant, appealing from a judgment against him on the merits, fails to appear in this Court and to show how the exception is well founded, it will be considered as abandoned and will not be considered.

Where a purchaser at a tax sale establishes a *prima facie* title and no defense in made, possession of the property will be ordered to be delivered.

APPEAL from the Superior District Court for the Parish of Orleans. *Lynch, J.*

*Armand Pitot* for Plaintiff and Appellee.

*B. Egan* for Defendant and Appellant.

The opinion of the Court was delivered by Bermudez, C. J.